| | |
|---|---|
| Jane L. Froyd (SBN 220776)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Phone: (650) 739-3939<br>Fax: (650) 739-3900<br>jfroyd@jonesday.com<br><br>Attorney for Defendant<br>The Scotts Company LLC | Kathryn G. Spelman, Esq. (SBN 154512)<br>Daniel H. Fingerman, Esq. (SBN 229683)<br>Mount & Stoelker<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose CA 95110-2740<br>Phone: (408) 279-7000<br>Fax: (408) 998-1473<br>kspelman@mount.com,<br>dfingerman@mount.com<br><br>Attorneys for Plaintiff<br>San Francisco Technology, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Aero Products International, Inc., BP Lubricants USA Inc., BRH Brands, Inc., Calico Brands, Inc., Cooper Lighting, LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands, Inc., Global Concepts, Inc., Homax Products, Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing, Inc., The Scotts Company LLC, Sterling International, Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design, Inc.,<br><br>    Defendants. | Case No. 5:10-cv-02994-HRL<br><br>**STIPULATION TO EXTEND TIME FOR THE SCOTTS COMPANY LLC TO RESPOND TO COMPLAINT [CIVIL LOCAL RULE 6-1(A)]** |

1  Plaintiff San Francisco Technology, Inc. and Defendant The Scotts Company LLC ("The Scotts Company"), by and through their undersigned counsel, pursuant to Civil Local Rule 6-1(a), agree and stipulate as follows. The Scotts Company shall have until September 7, 2010 to file and serve a responsive pleading in this matter.

**IT IS SO AGREED AND STIPULATED.**

Dated: July 30, 2010          JONES DAY


                              By:      /s/ Jane L. Froyd
                                       Jane L. Froyd

                              Attorney for Defendant
                              The Scotts Company LLC

Dated: July 30, 2010          Mount & Stoelker, P.C.,


                              By:      /s/ Dan Fingerman
                                       Dan Fingerman

                              Attorney for Plaintiff
                              San Francisco Technology, Inc.


In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 30, 2010          Mount & Stoelker, P.C.,


                              By:      /s/ Dan Fingerman
                                       Dan Fingerman

                              Attorney for Plaintiff
                              San Francisco Technology, Inc.