| | |
|---|---|
| 1 | CAROLINE McINTYRE, SBN 159005 |
|  | cmcintyre@@be-law.com |
| 2 | MELINDA M. MORTON, SBN 209373 |
|  | mmorton@be-law.com |
| 3 | BERGESON, LLP |
|  | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
|  | Telephone:  (408) 291-6200 |
| 5 | Facsimile:   (408) 297-6000 |
| 6 | Attorneys for Defendant |
|  | DEXAS INTERNATIONAL LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc. | Case No. CV 10-02994 HRL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT DEXAS INTERNATIONAL LTD. TO RESPOND TO COMPLAINT** |
| Aero Products International Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design Inc. | Mag. Judge:  Hon. Howard R. Lloyd |
| | Ctrm:            2, 5th Fl. |
| | Complaint Filed:  July 8, 2010 |
| | Trial Date:  None Set |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff San Francisco Technology, Inc. and defendant Dexas International Ltd. that pursuant to Civil Local Rule 6-1(a):

Defendant will file its response to the Complaint no later than September 13, 2010.

Dated: August 2, 2010                    BERGESON, LLP

                                         _____/s/_____
                                         Melinda M. Morton

                                         Attorneys for Defendant
                                         DEXAS INTERNATIONAL LTD.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: August 3, 2010                    MOUNT & STOELKER

                                         By:_____/s/_____
                                             Daniel H. Fingerman

                                         Attorneys for Plaintiff
                                         SAN FRANCISCO TECHNOLOGY, INC.

---

STIPULATION TO EXTEND TIME FOR DEFENDANT DEXAS
INTERNATIONAL LTD. TO RESPOND TO COMPLAINT                    Case No. CV 10-02994 HRL