| | |
|---|---|
| 1 | JENNY L. SHEAFFER (*Pro Hac Vice*) |
| 2 | ANGELA R. GOTT (*Pro Hac Vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 3 | 200 Public Square, Suite 2300<br>Cleveland, Ohio  44114-2378 |
| 4 | Tel: (216) 363-4500<br>Fax: (216) 363-4588 |
| 5 | E-Mail: jsheaffer@beneschlaw.com<br>          agott@beneschlaw.com |
| 6 | |
| 7 | DAVID M. GIVEN (State Bar No. 142375) |
| 8 | FEATHER D. BARON (State Bar No. 252489)<br>PHILLIPS, ERLEWINE & GIVEN LLP |
| 9 | 50 California Street, 35th Floor<br>San Francisco, CA 94111 |
| 10 | Tel: (415) 398-0900<br>Fax: (415) 398-0911 |
| 11 | E-Mail: dmg@phillaw.com<br>          fdb@phillaw.com |
| 12 | |
| 13 | Attorneys for Defendant |
| 14 | HOMAX PRODUCTS, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>AERO PRODUCTS INTERNATIONAL INC., ET AL.<br><br>            Defendants. | Case No. 10 CV-02994-JF<br><br>**DEFENDANT HOMAX PRODUCTS, INC.'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(1)**<br><br>Judge:       Hon. Judge Jeremy Fogel<br>Date:         October 1, 2010<br>Time:        9:00 a.m.<br>Courtroom: Courtroom 3, 5th Floor |

Defendant Homax Products, Inc.'s Notice Of Motion To Dismiss Pursuant To Rule 12(b)(1) –
Case No. 10 CV-02994-JF

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on October 1, 2010 at 9:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Judge Jeremy Fogel, at the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, in Courtroom 3, 5th Floor, Defendant Homax Products, Inc. ("Homax"), by and through its counsel of record, will move the Court pursuant to Fed. R. Civ. P. 12(b)(1) for an Order dismissing Plaintiff San Francisco Technology Inc.'s ("SFT") Complaint against Homax.  This Motion is based on the Memorandum of Points and Authorities herein, the pleadings and papers on file in this action, such matters as the Court may take judicial notice, and argument and evidence to be presented at the hearing on this Motion.

## RELIEF REQUESTED

Homax seeks dismissal of SFT's claims against Homax pursuant to Fed. R. Civ. P. 12(b)(1).  SFT does not and cannot allege any cognizable injury in fact that would support Article III standing.  Thus, this Court lacks subject matter jurisdiction and must dismiss Homax under Fed. R. Civ. P. 12(b)(1).

Dated: August 25, 2010                     Respectfully submitted,

By: _____/s/_____
    Jenny L. Sheaffer (*Pro Hac Vice*)
    BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP

    David M. Given
    PHILLIPS, ERLEWINE & GIVEN LLP

    Attorneys for Defendant
    HOMAX PRODUCTS, INC.