JENNY L. SHEAFFER (*Pro Hac Vice*)
ANGELA R. GOTT (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
E-Mail: jsheaffer@beneschlaw.com
         agott@beneschlaw.com

DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 398-0900
Fax: (415) 398-0911
E-Mail: dmg@phillaw.com
         fdb@phillaw.com

Attorneys for Defendant
HOMAX PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO TECHNOLOGY INC., | Case No. 10 CV-02994-JF |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF ROSS CLAWSON IN SUPPORT OF HOMAX PRODUCTS, INC.'S MOTIONS TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)** |
| AERO PRODUCTS INTERNATIONAL INC., BP LUBRICANTS USA INC., BRK BRANDS INC., CALICO BRANDS INC., COOPER LIGHTING LLC, DAREX LLC, DEXAS INTERNATIONAL LTD., DYNA-GRO NUTRITION SOLUTIONS, FISKARS BRANDS INC., GLOBAL CONCEPTS INC., HOMAX PRODUCTS INC., KIMBERLY-CLARK CORPORATION, KRACO ENTERPRISES LLC, LIXIT CORPORATION, MEAD WESTVACO CORPORATION, NUTRITION 21 INC., | Judge: Hon. Judge Jeremy Fogel<br>Date: October 1, 2010<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 3, 5th Floor |

| | |
|---|---|
| 1 | OATEY CO., OPTIMUM TECHNOLOGIES INC., NEWELL RUBBERMAID INC., SCHICK MANUFACTURING INC., THE SCOTTS COMPANY LLC, STERLING INTERNATIONAL INC., VITAMIN POWER INCORPORATED, WOODSTREAM CORPORATION, 4-D DESIGN INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

I, Ross Clawson, declare and state as follows:

1. I am the President of Homax Products, Inc., which is a Delaware corporation with corporate headquarters at 200 Westerly Road, Bellingham, Washington 98226 (hereinafter, "Homax").

2. I have been associated with Homax for 17 years, and I have held my current position since 1999. I am authorized to make this Declaration on behalf of Homax.

3. In my capacity as President of Homax Products, Inc., I have developed a broad knowledge of the products that the company sells. I am also familiar with the competitors and competing products in the marketplace.

4. As pertains to Homax, the Complaint filed by San Francisco Technology Inc. in the above-captioned case mentions only two Homax products by name—the Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product and the Homax Acoustic Patch Ceiling Repair product. (*See* Dkt. 1, Compl. ¶¶ 105-09.) Products such as these can be referred to generally as aerosol spray texture consumer products.

5. Homax's primary competitor in the marketplace for aerosol spray texture consumer products has been a company called Spraytex, Inc. ("Spraytex"). Spraytex itself owned a large portfolio of its own patents including many related to aerosol spray texture consumer products.

6. U.S. Patent No. 4,802,057 is neither a Homax patent nor is it a patent number

1  marked upon either the Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product or the Homax Acoustic Patch Ceiling Repair product.

7. The Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product and the Homax Acoustic Patch Ceiling Repair product are both relatively durable consumer products with long shelf-lives. Neither of these products are subject to spoilage.

8. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to the matters stated herein.

The statements herein are made of my own knowledge and are true. I understand that willful false statements are punishable by fine or imprisonment or both under 18 U.S.C. § 1001.

Dated: August 12, 2010

Ross Clawson

3

Declaration Of Ross Clawson In Support Of Homax Products, Inc.'s Motions To Dismiss Pursuant To Rules 12(B)(1) And 12(B)(6) –
Case No. 10 CV-02994-HRL