JENNY L. SHEAFFER (*Pro Hac Vice*)
ANGELA R. GOTT (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
E-Mail: jsheaffer@beneschlaw.com
         agott@beneschlaw.com

DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 398-0900
Fax: (415) 398-0911
E-Mail: dmg@phillaw.com
         fdb@phillaw.com

Attorneys for Defendant
HOMAX PRODUCTS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br>   Plaintiff, <br><br>   v. <br><br> AERO PRODUCTS INTERNATIONAL INC., ET AL. <br><br>   Defendants. | Case No. 10 CV-02994-JF <br><br> **DEFENDANT HOMAX PRODUCTS, INC.'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) UNDER RULES 8(A) AND/OR 9(B)** <br><br> Judge:     Hon. Judge Jeremy Fogel <br> Date:      October 1, 2010 <br> Time:      9:00 a.m. <br> Courtroom: Courtroom 3, 5th Floor |

---

Defendant Homax Products, Inc.'s Notice Of Motion To Dismiss Pursuant To Rule 12(b)(6) Under Rules 8(a) And/Or 9(b) – Case No. 10 CV-02994-JF

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that on October 1, 2010 at 9:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Judge Jeremy Fogel, at the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, in Courtroom 3, 5th Floor, Defendant Homax Products, Inc. ("Homax"), by and through its counsel of record, will move the Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Plaintiff San Francisco Technology Inc.'s ("SFT") Complaint against Homax.  This Motion is based on the Memorandum of Points and Authorities herein, the pleadings and papers on file in this action, such matters as the Court may take judicial notice, and argument and evidence to be presented at the hearing on this Motion.

**RELIEF REQUESTED**

Homax seeks dismissal of SFT's claims against Homax pursuant to Fed. R. Civ. P. 12(b)(6) under Rules 8(a) and/or 9(b).  Specifically, SFT has failed to sufficiently state a claim for relief as required under Rule 8(a).  Further, SFT has failed to plead allegations of fraud with particularity, as is required under Rule 9(b), which applies to false patent marking claims under 35 U.S.C. § 292.  Thus, SFT has failed to state a claim against Homax upon which relief can be granted and the Court must dismiss Homax under Fed. R. Civ. P. 12(b)(6).

Dated: August 25, 2010            Respectfully submitted,

By: _____/s/_____
    Jenny L. Sheaffer (*Pro Hac Vice*)
    BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP

    David M. Given
    PHILLIPS, ERLEWINE & GIVEN LLP

    Attorneys for Defendant
    HOMAX PRODUCTS, INC.

2

Defendant Homax Products, Inc.'s Notice Of Motion To Dismiss Pursuant To Rule 12(b)(6) Under Rules 8(a) And/Or 9(b) – Case No. 10 CV-02994-JF

3677848.1