1  JENNY L. SHEAFFER (*Pro Hac Vice*)
   ANGELA R. GOTT (*Pro Hac Vice*)
2  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
3  200 Public Square, Suite 2300
   Cleveland, Ohio  44114-2378
4  Tel: (216) 363-4500
   Fax: (216) 363-4588
5  E-Mail: jsheaffer@beneschlaw.com
           agott@beneschlaw.com
6

7  DAVID M. GIVEN (State Bar No. 142375)
   FEATHER D. BARON (State Bar No. 252489)
8  PHILLIPS, ERLEWINE & GIVEN LLP
9  50 California Street, 35th Floor
   San Francisco, CA 94111
10 Tel: (415) 398-0900
   Fax: (415) 398-0911
11 E-Mail: dmg@phillaw.com
           fdb@phillaw.com
12

13 Attorneys for Defendant
   HOMAX PRODUCTS, INC.
14

15                    IN THE UNITED STATES DISTRICT COURT
16
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. 10 CV-02994-JF |
| Plaintiff, | |
| v. | **DECLARATION OF ROSS CLAWSON IN SUPPORT OF HOMAX PRODUCTS, INC.'S MOTIONS TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)** |
| AERO PRODUCTS INTERNATIONAL INC., BP LUBRICANTS USA INC., BRK BRANDS INC., CALICO BRANDS INC., COOPER LIGHTING LLC, DAREX LLC, DEXAS INTERNATIONAL LTD., DYNA-GRO NUTRITION SOLUTIONS, FISKARS BRANDS INC., GLOBAL CONCEPTS INC., HOMAX PRODUCTS INC., KIMBERLY-CLARK CORPORATION, KRACO ENTERPRISES LLC, LIXIT CORPORATION, MEAD WESTVACO CORPORATION, NUTRITION 21 INC., | Judge:     Hon. Judge Jeremy Fogel<br>Date:      October 1, 2010<br>Time:      9:00 a.m.<br>Courtroom: Courtroom 3, 5th Floor |

OATEY CO., OPTIMUM TECHNOLOGIES INC., NEWELL RUBBERMAID INC., SCHICK MANUFACTURING INC., THE SCOTTS COMPANY LLC, STERLING INTERNATIONAL INC., VITAMIN POWER INCORPORATED, WOODSTREAM CORPORATION, 4-D DESIGN INC.,

Defendants.

I, Ross Clawson, declare and state as follows:

1. I am the President of Homax Products, Inc., which is a Delaware corporation with corporate headquarters at 200 Westerly Road, Bellingham, Washington 98226 (hereinafter, "Homax").

2. I have been associated with Homax for 17 years, and I have held my current position since 1999. I am authorized to make this Declaration on behalf of Homax.

3. In my capacity as President of Homax Products, Inc., I have developed a broad knowledge of the products that the company sells. I am also familiar with the competitors and competing products in the marketplace.

4. As pertains to Homax, the Complaint filed by San Francisco Technology Inc. in the above-captioned case mentions only two Homax products by name—the Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product and the Homax Acoustic Patch Ceiling Repair product. (*See* Dkt. 1, Compl. ¶¶ 105-09.) Products such as these can be referred to generally as aerosol spray texture consumer products.

5. Homax's primary competitor in the marketplace for aerosol spray texture consumer products has been a company called Spraytex, Inc. ("Spraytex"). Spraytex itself owned a large portfolio of its own patents including many related to aerosol spray texture consumer products.

6. U.S. Patent No. 4,802,057 is neither a Homax patent nor is it a patent number

2

Declaration Of Ross Clawson In Support Of Homax Products, Inc.'s Motions To Dismiss Pursuant To Rules 12(B)(1) And 12(B)(6) – Case No. 10 CV-02994-JF

marked upon either the Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product or the Homax Acoustic Patch Ceiling Repair product.

7. The Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray product and the Homax Acoustic Patch Ceiling Repair product are both relatively durable consumer products with long shelf-lives. Neither of these products are subject to spoilage.

8. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to the matters stated herein.

The statements herein are made of my own knowledge and are true. I understand that willful false statements are punishable by fine or imprisonment or both under 18 U.S.C. § 1001.

Dated: August 12, 2010

Ross Clawson