Todd A. Nelson (Admitted Pro Hac Vice)
tnelson@fellerssnider.com
Scott R. Zingerman (Admitted Pro Hac Vice)
szingerman@fellersnider.com
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
321 South Boston, Suite 800
Tulsa, OK 74103-3318
Phone:        (918) 599-0621
Facsimile:    (918) 583-9659

Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com.
Timothy J. Goodson (SBN 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone:        (949) 760-0404
Facsimile:    (949) 760-9502

Attorneys for Defendant
DAREX, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Aero Products International, Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design Inc.<br><br>    Defendants. | Civil Action No. C-10-02994 JF<br><br>**DEFENDANT DAREX LLC's, NOTICE OF PENDENCY OF OTHER ACTION PURSUANT TO CIV. L.R. 3-13** |

**DEFENDANT, DAREX LLC'S**

**NOTICE OF PENDENCY OF**

**OTHER ACTION PURSUANT TO CIV. L.R. 3-13**

Pursuant to Civil L.R. 3-13, counsel for Defendant Darex LLC ("Darex") identifies the following case in the United States District Court for the Northern District of Illinois:

*Thomas A. Simonian vs. Darex, LLC.*
Case No. 10-cv-01296 ("Illinois Action")

On February 25, 2010, Thomas Simonian ("Simonian") filed the Illinois Action against Darex.

The Illinois Action is a *qui tam* filed by Simonian. In Simonian's complaint, he alleges false marking of Darex products with U.S. Patent No. 4,471,581, arising under the patent laws of the United States, 35 U.S.C. § 292. The patent and products addressed by Simonian are the same patent and products upon which San Francisco Technology Inc. seeks relief for alleged false marking in the present case.

The nature and status of these two actions do not require consolidation under the Multi-District Litigation procedures of 28 U.S.C. § 1407. Rather, as set forth in more detail in Darex's Motion to Dismiss, the earlier-filed action deprives the plaintiff here of standing. As a result, this case should be dismissed.

                                               Respectfully submitted,

Dated: September 9, 2010        By:    /s/ Paul A. Stewart

                                               Paul A. Stewart
                                               Timothy J. Goodson
                                               KNOBBE, MARTENS, OLSON & BEAR, LLP

                                               Todd A. Nelson (Admitted Pro Hac Vice)
                                               Scott R. Zingerman (Admitted Pro Hac Vice)

                                               Attorneys for Defendant,
                                               DAREX, LLC

9481785
080610