1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   MICHAEL J. LYONS (State Bar No. 202284)
2  HARRY F. DOSCHER (State Bar No. 245969)
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
5  Fax: 650.843.4001
   E-mail:  djjohnson@morganlewis.com
6  E-mail:  mlyons@morganlewis.com
   E-mail:  hdoscher@morganlewis.com
7
   Attorneys for Defendant
8  WOODSTREAM CORPORATION

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  SAN FRANCISCO TECHNOLOGY INC.,        Case No. 10-CV-02994 JF

15        Plaintiff,                      DEFENDANT WOODSTREAM
                                          CORPORATION'S NOTICE TO THE
16        v.                              ATTORNEY GENERAL OF THE UNITED
                                          STATES OF A CONSTITUTIONAL
17  AERO PRODUCTS INTERNATIONAL            CHALLENGE
    INC., et. al.,
18
          Defendants.
19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
   PALO ALTO

DB2/21913408.1                    WOODSTREAM'S NOTICE TO THE ATTORNEY
                                  GENERAL OF THE UNITED STATES
                                  CASE NO. 10-CV-02994 JF

PURSUANT TO FED. R. CIV. P. 5.1, AND PURSUANT TO N.D. CAL. CIV. L. R. 3-8, NOTICE IS HEREBY GIVEN to the Attorney General of the United States and to the Court that the defendant in the above-titled case has challenging the constitutionality of 35 U.S.C. § 292 to the extent that statute is construed to effect a delegation of executive authority in violation of U.S. Const., Art. II, § 3. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 576, 112 S.Ct. 2130 (1992); *Morrison v. Olson*, 487 U.S. 654, 696, 108 S.Ct. 2597 (1988). Woodstream raises its challenge in its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 129b)(1) and 12(b)(6) or, in the Alternative, to Sever and Transfer, filed on September 9, 2010.

Dated: September 9, 2010                    MORGAN, LEWIS & BOCKIUS LLP


                                            By /s/ Michael J Lyons
                                               Michael J. Lyons
                                               Attorneys for Defendant
                                               Woodstream Corporation

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **DEFENDANT WOODSTREAM CORPORATION'S NOTICE TO THE ATTORNEY GENERAL OF THE UNITED STATES OF A CONSTITUTIONAL CHALLENGE** via the Court's CM/ECF system pursuant to Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

Pursuant to Federal Rules of Civil Procedure 5.1(a)(2), the undersigned hereby further certifies that that on September 9, 2010, **DEFENDANT WOODSTREAM CORPORATION'S NOTICE TO THE ATTORNEY GENERAL OF THE UNITED STATES OF A CONSTITUTIONAL CHALLENGE** was served on the U.S. Attorney General by certified mail, return receipt requested, at the following address:

> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

Pursuant to Local Rule 3-8, the undersigned hereby further certifies that that on September 9, 2010, **DEFENDANT WOODSTREAM CORPORATION'S NOTICE TO THE ATTORNEY GENERAL OF THE UNITED STATES OF A CONSTITUTIONAL CHALLENGE** was served on the U.S. Attorney for the Northern District of California by certified mail, return receipt requested, at the following address:

> United States Attorney for the Northern District of California
> Heritage Bank Building
> 150 Almaden Blvd. Suite 900
> San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 9, 2010, at Palo Alto, California.

/s/ Michael Lyons
Michael J. Lyons

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21913408.1

2

WOODSTREAM'S NOTICE TO THE ATTORNEY
GENERAL OF THE UNITED STATES
CASE NO. 10-CV-02994 JF