1  MARTIN L. FINEMAN, CA State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  One Embarcadero Center, Suite 600
   San Francisco, California 94111-3611
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  Email: martinfineman@dwt.com

5  MICHAEL P. CHU
   CHARLES MCMAHON
6  TREVOR K. COPELAND
   LAURA A. LYDIGSEN
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, IL 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Email: mchu@usebrinks.com; cmcmahon@usebrinks.com;
   tcopeland@usebrinks.com; llydigsen@usebrinks.com
11
   Attorneys for Defendant AERO PRODUCTS INT'L INC.
12
   KATHRYN G. SPELMAN, CA State Bar No. 154512
13 DANIEL H. FINGERMAN, CA State Bar No. 229683
   MOUNT & STOELKER, P.C.
14 RiverPark Tower, Suite 1650
   333 West San Carlos Street,
15 San Jose, CA 95110
   Email: kspelman@mount.com; dfingerman@mount.com
16
   Attorneys for SAN FRANCISCO TECHNOLOGY INC.
17

18              IN THE UNITED STATES DISTRICT COURT

19       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                      SAN JOSE DIVISION

21

22  SAN FRANCISCO TECHNOLOGY, INC.,      )  Case No. CV-10-02994-JF
                                         )
23                    Plaintiff,         )  **STIPULATED ORDER OF**
                                         )  **DISMISSAL**
24         v.                            )
                                         )
25  AERO PRODUCTS INT'L INC., ET AL.     )
                      Defendants.        )
26                                       )
                                         )
27                                       )
                                         )
28

1   The parties, plaintiff San Francisco Technology, Inc. and defendant Aero Products

2   International Inc., by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of

3   Civil Procedure to the dismissal of all claims against Aero Products International Inc. in the

4   lawsuit captioned above, with prejudice.  Each party shall bear its own costs and attorneys' fees.

5

6   Dated: August 31, 2010                          Dated: August 31, 2010

7   By:  Daniel H Fingerman                         By: /s/ Martin L. Fineman
    KATHRYN G. SPELMAN                              MARTIN L. FINEMAN, CA State Bar No. 104413
8     CA State Bar No. 154512                       DAVIS WRIGHT TREMAINE LLP
    DANIEL H. FINGERMAN                             One Embarcadero Center, Suite 600
9     CA State Bar No. 229683                       San Francisco, California  94111-3611
    MOUNT & STOELKER, P.C.                          Telephone:  (415) 276-6500
10  RiverPark Tower, Suite 1650                     Facsimile:  (415) 276-6599
    333 West San Carlos Street,                     Email: martinfineman@dwt.com
11  San Jose, CA 95110
    Email: kspelman@mount.com;                      MICHAEL P. CHU
12  dfingerman@mount.com                            CHARLES M. MCMAHON
                                                    TREVOR K. COPELAND
13  Attorneys for Plaintiff                         LAURA A. LYDIGSEN
    SAN FRANCISCO TECHNOLOGY INC.                   BRINKS HOFER GILSON & LIONE
14                                                  NBC Tower, Suite 3600
                                                    455 North Cityfront Plaza Drive
15                                                  Chicago, IL 60611
                                                    Telephone: (312) 321-4200
16                                                  Facsimile: (312) 321-4299
                                                    Email: mchu@usebrinks.com;
17                                                  cmcmahon@usebrinks.com;
                                                    tcopeland@usebrinks.com;
18                                                  llydigsen@usebrinks.com

19                                                  Attorneys for Defendant
                                                    AERO PRODUCTS INT'L INC.
20

21

22      I attest that concurrence in the filing of this document has been obtained from Daniel H.

23  Fingerman.

24  Dated: August 31, 2010              /s/ Martin L. Fineman
                                                    Martin L. Fineman
25

26  SO ORDERED:

27   9/3/10

28     Date                             The Honorable Jeremy Fogel
                                        United States District Court Judge

STIPULATED ORDER OF DISMISSAL          - 2 -
CV 10-02994 JF