1  Kathryn G. Spelman, Esq. (SBN 154512)
   kspelman@mount.com
2  Daniel H. Fingerman, Esq. (SBN 229683)
   dfingerman@mount.com
3  MOUNT & STOELKER, P.C.
   River Park Tower, Suite 1650
4  333 West San Carlos Street
   San Jose, CA  95110-2740
5  Telephone:  (408) 279-7000
   Fax:  (408) 998-1473
6  Attorneys for Plaintiff
   SAN FRANCISCO TECHNOLOGY INC.
7
   Talley E. McIntyre (SBN 203131)
8  thenry@nixonpeabody.com
   NIXON PEABODY LLP
9  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
10 Telephone: (415) 984-8200
   Fax:  (415) 984-8300
11
   Maia H. Harris (*Pro Hac Vice*)
12 mharris@nixonpeabody.com
   NIXON PEABODY LLP
13 100 Summer Street, 25th Floor
   Boston, MA 02110
14 Telephone: (617) 345-1000
   Fax:  (877) 670-8148
15 Attorneys for Defendant
   SCHICK MANUFACTURING INC.
16

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                     SAN JOSE DIVISION

20 SAN FRANCISCO TECHNOLOGY INC.,          No. CV10-02994-HRL

21                  Plaintiff,

22        vs.                              **JOINT STIPULATION AND [PROPOSED]**
                                           **ORDER REGARDING SEVERANCE OF**
23 AERO PRODUCTS INTERNATIONAL INC.;       **CLAIMS AGAINST SCHICK**
   BP LUBRICANTS USA INC.; BRK BRANDS      **MANUFACTURING INC.**
24 INC.; CALICO BRANDS INC.; COOPER
   LIGHTING LLC; DAREX LLC; DEXAS
25 INTERNATIONAL LTD.; DYNA-GRO
   NUTRITION SOLUTIONS; FISKARS BRANDS
26 INC.; GLOBAL CONCEPTS INC.; HOMAX       Judge:  Hon. Jeremy Fogel
   PRODUCTS INC.; KIMBERLY-CLARK
27 CORPORATION; KRACO ENTERPRISES          Complaint Filed:  July 8, 2010
   LLC; LIXIT CORPORATION; MEAD
28

1  WESTVACO CORPORATION; NUTRITION 21
   INC.; OATEY CO.; OPTIMUM
2  TECHNOLOGIES INC.; NEWELL
   RUBBERMAID INC.; SCHICK
3  MANUFACTURING, INC.; THE SCOTTS
   COMPANY LLC; STERLING
4  INTERNATIONAL INC.; VITAMIN POWER
   INCORPORATED; WOODSTREAM
5  CORPORATION; 4-D DESIGN INC,

6              Defendants.

7

8        Plaintiff San Francisco Technology, Inc. and Defendant Schick Manufacturing Inc. ("Schick")

9  hereby stipulate and agree that Defendant Schick shall be severed from this case.  This stipulation is

10 made in light of the Court's ruling in *San Francisco Technology, Inc. v. The Glad Products Co.,* 2010

11 U.S. Dist. Lexis 83681 (N.D. Cal. 2010), where the Court determined that severance is appropriate in

12 a similar situation.  Subject to the Court's approval, the parties request that the Clerk open a new case

13 number in *San Francisco Technology, Inc. v. Schick Manufacturing Inc.*

14

15 DATED: September 16, 2010              NIXON PEABODY LLP

16
                                                /s/ Talley E. McIntyre
17                                       By: _____
                                            Talley E. McIntyre
18                                          Attorneys for Defendant
                                            SCHICK MANUFACTURING, INC.
19

20 DATED:  September 16, 2010             MOUNT & STOELKER, P.C.

21
                                                /s/ Daniel H. Fingerman
22                                       By: _____
                                            Daniel H. Fingerman
23                                          Attorneys for Plaintiff
                                            SAN FRANCISCO TECHNOLOGY INC.
24

25

26

27

28

1    In accordance with General Order No. 45, Rule X, I, Talley E. McIntyre attest that

2   concurrence in the filing of this document has been obtained from each signatory hereto.

3

4   DATED: September 16, 2010                    NIXON PEABODY LLP

5

6                                        By:   /s/ Talley E. McIntyre
                                              _____
7                                             Talley E. McIntyre
                                              Attorneys for Defendant
                                              SCHICK MANUFACTURING, INC.
8

9

10  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO**

11  **ORDERED**

12

13  Dated:  9/27/10                         By _____
                                              The Honorable Jeremy Fogel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28