**E-Filed 10/25/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br>Plaintiff, <br><br>v. <br><br>AERO PRODUCTS INTERNATIONAL INC. *et al.*, <br><br>Defendants. | Case No. 10 CV-02994-JF <br><br>~~[PROPOSED]~~ ORDER ON HOMAX PRODUCTS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO SUPPLEMENT AND AMEND ITS PENDING MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) <br><br>Judge:          Judge Jeremy Fogel <br>Courtroom:  Courtroom 3, 5th Floor |

Having considered the parties' papers filed in support of and in opposition to Defendant Homax Products, Inc.'s Motion for Administrative Relief to Permit Defendant Homax Products, Inc. to Supplement and Amend Its Motion to Dismiss Pursuant to Rule 12(b)(6), and other pleadings and papers on file herein, the Court finds the following:

**IT IS ORDERED** that Defendant Homax Products, Inc.'s Motion for Administrative Relief is **GRANTED.**

**IT IS ORDERED** that:

  (A) the Court Clerk will enter Exhibit A upon the docket in this case as a supplement and amendment to Homax's pending Rule 12(b)(6) Motion to Dismiss. [or]

  (B) Exhibit A is deemed properly filed as a supplement and amendment to Homax's pending Rule 12(b)(6) Motion to Dismiss.

**AND IT IS ORDERED** that Plaintiff San Francisco Technology Inc. must file its opposition to Homax's Supplemental Rule 12(b)(6) Motion by Friday, October 29, 2010.

**IT IS SO ORDERED.**

Dated: 10/25/2010

_____
Honorable Jeremy Fogel
United States District Judge