MELINDA L. HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7322
    Facsimile:   (415) 436-6748
    Email:       michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., ) <br> ) <br>            Plaintiff,  ) <br> ) <br>     v.               ) <br> ) <br> AERO PRODUCTS INTERNATIONAL ) <br> INC., et al.,                      ) <br> ) <br>            Defendants. ) <br> _____) | No. C 10-2994 JF <br><br> **[PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR CERTIFICATION AND LEAVE TO INTERVENE** <br><br> Date: December 10, 2010** <br> Time: 9:00 a.m. <br> Ctrm: 3, 5th Floor <br> Hon. Jeremy Fogel <br> ** Neither the Court's staff nor Defendants responded to queries about this date made on 11/4/10 |

      The United States of America's motion for an order certifying a constitutional question to the Attorney General and for leave to intervene to defend the constitutionality of 35 U.S.C. § 292, having regularly come on for hearing before the Court, and having read and considered the papers submitted in support thereof and in opposition thereto, and the parties having been afforded the opportunity to be heard, and good cause appearing therefor, the Court grants the motion of the United States and orders as follows:

      1.    The Clerk shall send this order to the Attorney General, which hereby certifies pursuant to 28 U.S.C. § 2403 that the constitutionality of 35 U.S.C. § 292, a statute affecting the public interest, has been called into question.

//

2. The United States' motion for leave to intervene in this matter is granted, and the Clerk shall caption the United States as "Intervenor" for all ministerial purposes and filing notices. In addition, the parties are ordered to serve all notices and any pleadings in this action, including appeal notices, upon the United States.

3. Intervenor the United States shall have twenty-one days following the entry of this order to file a brief defending the constitutionality of 35 U.S.C. § 292.

**IT IS SO ORDERED**.

DATED: _____
Hon. Jeremy Fogel
United States District Judge