DANIEL JOHNSON, JR. (State Bar No. 57409)
MICHAEL J. LYONS (State Bar No. 202284)
HARRY F. DOSCHER (State Bar No. 245969)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: djjohnson@morganlewis.com
E-mail: mlyons@morganlewis.com
E-mail: hdoscher@morganlewis.com

Attorneys for Defendant
WOODSTREAM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> AERO PRODUCTS INTERNATIONAL INC., et. al., <br><br> Defendants. | Case No. 10-CV-02994 JF <br><br> DEFENDANT WOODSTREAM CORPORATION'S REQUEST FOR JUDICIAL NOTICE <br><br> Date: November 19, 2010 <br> Time: 11:00 a.m. <br> Location: Courtroom 3, 5th Floor <br> Judge: Hon. Jeremy Fogel |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22035643.1

WOODSTREAM'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 10-CV-02994 JF

Pursuant to Federal Rule of Evidence 201, Defendant Woodstream Corporation requests that the Court take judicial notice of the submissions in the following numbered exhibits which are attached to this Request for Judicial Notice. These submissions include copies of documents from the records of U.S. District Courts, each of which was obtained via PACER, as well as copies of unpublished U.S. District Court decisions commercially available from the Westlaw and LexisNexis electronic legal databases.

1. Stipulated Dismissal, Doc. No. 11, Patent Group, LLC v. Woodstream Corporation, 6:10-cv-00346 (E.D. Tex. Oct. 25, 2010).

2. Order of Dismissal with Prejudice, Doc. No. 12, Patent Group, LLC v. Woodstream Corporation, 6:10-cv-00346 (E.D. Tex. Oct. 27, 2010).

3. Advanced Cartridge Techs., LLC v. Lexmark Int'l, Inc., No: 8:10-cv-486-T-23TGW, 2010 U.S. Dist. LEXIS 65047 (M.D. Fla. June 30, 2010).

4. Astec Am. Inc. v. Power-One Inc., 2008 U.S. Dist. Lexis 30365 (E.D. Tex. 2008).

5. Brinkmeier v. BIC Corp., ___ F. Supp. 2d ___. 2010 WL 3360568, *5 (D. Del. Aug. 25, 2010).

6. Brinkmeier v. Graco Children's Products, Inc., ___ F. Supp. 2d ___, 2010 WL 545896, (D. Del. Feb. 16, 2010).

7. Hollander v. Ortho-McNeil-Janssen Pharm., Inc., Case No. 2:10-cv-836, 2010 U.S. Dist. LEXIS 113005 (E.D. Pa. Oct. 21, 2010).

8. Josephs v. Federal-Mogul Corp., Case No. 10-10617, 2010 U.S. Dist. LEXIS 100535 (E.D. Mich. Sept. 23, 2010).

9. Juniper Networks v. Shipley, No. C 09-0696, 2009 U.S. Dist. LEXIS 40978 (N.D. Cal. May 14, 2009).

10. Zojo Solutions, Inc. v. The Stanley Works, No. 10 C 1175, 2010 U.S. Dist. Lexis 46407 (N.D. Ill. May 12, 2010).

11. Shizzle-Pop, LLC v. Wham-O, Inc., CV 10-3491 PA, 2010 U.S. Dist. LEXIS 86924 (C.D. Cal. Aug. 2, 2010).

12. Simonian v. Cisco Systems, Inc., No. 1:10-cv-01306, 2010 U.S. Dist. LEXIS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22035643.1  1  WOODSTREAM'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 10-CV-02994 JF

60752 (N.D. Ill. June 17, 2010).

13. Simonian v. Edgecraft Corp., 2010 WL 3781262 (N.D. Ill. Sept. 20, 2010) (slip op.).

14. U. S., ex rel. Hallstrom v. Aqua Flora, Inc., Case No. 2-10-cv-01459, 2010 U.S. Dist. LEXIS 113025 (E.D. Cal. Oct. 15, 2010).

Dated: November 5, 2010

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J Lyons
Michael J. Lyons

Attorneys for Defendant
WOODSTREAM CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22035643.1

2

WOODSTREAM'S REQUEST FOR JUDICIAL NOTICE;
CASE NO. 10-CV-02994 JF