1  Talley E. McIntyre (SBN 203131)  **E-Filed 11/16/2010**
   thenry@nixonpeabody.com
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
4  Fax: (415) 984-8300

5  Maia H. Harris (*Pro Hac Vice*)
   mharris@nixonpeabody.com
6  NIXON PEABODY LLP
   100 Summer Street, 25th Floor
7  Boston, MA 02110
   Telephone: (617) 345-1000
8  Fax: (877) 670-8148

9  Attorneys for Defendant
   SCHICK MANUFACTURING INC.
10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14  SAN FRANCISCO TECHNOLOGY INC.,            No. CV10-02994-JF

15                  Plaintiff,

16       vs.                                  ~~[PROPOSED]~~ ORDER GRANTING
                                              DEFENDANT SCHICK
17  AERO PRODUCTS INTERNATIONAL INC.;         MANUFACTURING, INC.'S MOTION TO
    BP LUBRICANTS USA INC.; BRK BRANDS        TRANSFER
18  INC.; CALICO BRANDS INC.; COOPER
    LIGHTING LLC; DAREX LLC; DEXAS
19  INTERNATIONAL LTD.; DYNA-GRO
    NUTRITION SOLUTIONS; FISKARS BRANDS       submitted without oral argument
20  INC.; GLOBAL CONCEPTS INC.; HOMAX         Date:  ~~November 19, 2010~~
    PRODUCTS INC.; KIMBERLY-CLARK             Time:  9:00 a.m.
21  CORPORATION; KRACO ENTERPRISES            Place: Courtroom 3, 5th Floor
    LLC; LIXIT CORPORATION; MEAD              Judge: Hon. Jeremy D. Fogel
22  WESTVACO CORPORATION; NUTRITION 21
    INC.; OATEY CO.; OPTIMUM
23  TECHNOLOGIES INC.; NEWELL
    RUBBERMAID INC.; SCHICK
24  MANUFACTURING INC.; THE SCOTTS            Complaint Filed:  July 8, 2010
    COMPANY LLC; STERLING
25  INTERNATIONAL INC.; VITAMIN POWER
    INCORPORATED; WOODSTREAM
26  CORPORATION; 4-D DESIGN INC,

27                  Defendants.

28

[PROPOSED] ORDER GRANTING DEFENDANT SCHICK
MANUFACTURING, INC.'S MOTION TO TRANSFER
CASE NO. 10 CV10-02994 - JF
13225139.2

1
2
3
4   Having considered Defendant Schick Manufacturing, Inc.'s Motion to Transfer the Motion, Plaintiff's Statement of Non-Opposition thereto, the Reply Brief, the pleadings on file in the present action, and on proof being made to the satisfaction of the Court:

5
6
7
8
9
10
11
12
13   **IT IS ORDERED** that Defendant Schick Manufacturing, Inc.'s Motion to Transfer to the United States District Court, District of Connecticut (Bridgeport), Schick's request that the case, including all currently pending motions, and case management and/or scheduling issues (including Schick's pending Motion to Dismiss Pursuant to Rule 12(b)(6) and 12 (b)(1) (Dkt. # 236)) be transferred to United States District Court, District of Connecticut (Bridgeport) ~~prior to the hearing set in this matter for November 19th,~~ and Schick's request that all deadlines, hearings, discovery, disclosures, case management and/or scheduling issues be stayed until transfer is complete are **GRANTED**.

14
15   Dated:  11/16/2010          By: _____
16                                    The Honorable Jeremy Fogel
                                      United States District Court Judge

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT SCHICK            - 2 -
MANUFACTURING, INC.'S MOTION TO TRANSFER
CASE NO. 10 CV10-02994 - JF
13225139.2