| | |
|---|---|
| Jane L. Froyd (SBN 220776) <br> JONES DAY <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Phone: (650) 739-3939 <br> Fax: (650) 739-3900 <br> jfroyd@jonesday.com <br><br> Attorney for Defendant <br> The Scotts Company LLC | Kathryn G. Spelman, Esq. (SBN 154512) <br> Daniel H. Fingerman, Esq. (SBN 229683) <br> Mount & Stoelker <br> RiverPark Tower, Suite 1650 <br> 333 West San Carlos Street <br> San Jose CA 95110-2740 <br> Phone: (408) 279-7000 <br> Fax: (408) 998-1473 <br> kspelman@mount.com, <br> dfingerman@mount.com <br><br> Attorneys for Plaintiff <br> San Francisco Technology, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Aero Products International, Inc., BP Lubricants USA Inc., BRH Brands, Inc., Calico Brands, Inc., Cooper Lighting, LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands, Inc., Global Concepts, Inc., Homax Products, Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing, Inc., The Scotts Company LLC, Sterling International, Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design, Inc., <br><br> Defendants. | Case No. 5:10-cv-02994-JF <br><br> **STIPULATED ORDER OF DISMISSAL** |

The parties, plaintiff San Francisco Technology, Inc. ("SF Tech") and defendant The Scotts Company LLC ("Scotts"), by counsel, hereby stipulate pursuant to Rule 41(a) (1)(A)(i) of the Federal Rules of Civil Procedure to the dismissal of all claims against The Scotts Company LLC in the lawsuit captioned above, with prejudice. Each party shall bear its own costs and attorneys' fees.

SF Tech and Scotts agree and stipulate that any and all claims that have been or could have been brought by SF Tech, on behalf of itself, the United States and the general public, regarding Scotts' alleged false marking or advertising or causing or contributing to false marking or advertising under 35 U.S.C. §292 of any product manufactured or sold are fully resolved and are hereby dismissed with prejudice.

SF Tech and Scotts agree and stipulate that Scotts and those acting in concert therewith may have a reasonable period of time in which to sell inventory that has been manufactured on or before the date of this order without further liability.

SF Tech and Scotts agree and stipulate that SF Tech is in privity with the United States of America and the general public for the purposes of this litigation.

IT IS SO AGREED AND STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: October 29, 2010 | JONES DAY |
| 2 | | |
| 3 | | By: ___/s/ Jane L. Froyd___<br>Jane L. Froyd |
| 4 | | Attorney for Defendant<br>The Scotts Company LLC |
| 5 | | |
| 6 | Dated: October 29, 2010 | Mount & Stoelker, P.C., |
| 7 | | |
| 8 | | By: ___/s/ Dan Fingerman___<br>Dan Fingerman |
| 9 | | Attorney for Plaintiff<br>San Francisco Technology, Inc. |

I attest that concurrence in the filing of this document has been obtained from Jane L. Froyd.

Dated: October 29, 2010              Mount & Stoelker, P.C.,

By: ___/s/ Dan Fingerman___
     Dan Fingerman

Attorney for Plaintiff
San Francisco Technology, Inc.

SO ORDERED:

12/1/10
Date

*[signature]*

The Honorable Jeremy Fogel
United States District Court Judge