**E-Filed 1/14/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> AERO PRODUCTS INTERNATIONAL, INC., *et al.*, <br><br>  Defendants. | Case Number 5:10-cv-02994-JF/PSG <br><br> ORDER[1] GRANTING DEFENDANT HOMAX PRODUCTS, INC.'S MOTION TO SEVER AND TRANSFER VENUE <br><br> [Re: Docket No. 312] |

Defendant Homax Products, Inc. filed a motion to sever and transfer venue on October 15, 2010. The motion is unopposed.

**ORDER**

Good cause therefor appearing, Defendant's motion to sever and transfer venue to the Western District of Washington is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT HOMAX PRODUCTS, INC.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)

1
2   DATED: January 14, 2011

        _____
        JEREMY FOGEL
3       United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2