1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 1/14/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF/PSG |
| Plaintiff, | ORDER[1] GRANTING DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO TRANSFER VENUE |
| v. | |
| AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | [Re: Docket No. 255] |
| Defendants. | |

Defendant Kimberly-Clark Corporation filed a motion to transfer venue on September 20, 2010.  The motion is unopposed.

## ORDER

Good cause therefor appearing, Defendant's motion to transfer venue to the Eastern District of Pennsylvania is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO TRANSFER VENUE
(JFLC1)

1   DATED: January 14, 2011

                                         JEREMY FOGEL

2                                      United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO TRANSFER VENUE
(JFLC1)