**E-Filed 1/14/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br> v. <br><br> AERO PRODUCTS INTERNATIONAL, INC., *et al.*, <br><br>    Defendants. | Case Number 5:10-cv-02994-JF/PSG <br><br> ORDER[1] GRANTING DEFENDANT NEWELL RUBBERMAID INC.'S MOTION TO SEVER AND TRANSFER VENUE <br><br> [Re: Docket No. 275] |

Defendant Newell Rubbermaid Inc. filed a motion to sever and transfer venue on September 29, 2010.  The motion is unopposed.

**ORDER**

Good cause therefor appearing, Defendant's motion to sever and transfer venue to the Western District of North Carolina is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT NEWELL RUBBERMAID INC.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)

1
2  DATED: January 14, 2011
3
                              JEREMY FOGEL
                              United States District Judge

2

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT NEWELL RUBBERMAID INC.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)