**E-Filed 1/19/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>Plaintiff, <br><br>v. <br><br>AERO PRODUCTS INTERNATIONAL, INC., *et al.*, <br><br>Defendants. | Case Number 5:10-cv-02994-JF/PSG <br><br>ORDER[1] GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE <br><br>[Re: Docket No. 214] |

Defendant Dexas International Ltd. filed a motion to sever and transfer venue on September 13, 2010. The motion is unopposed.

**ORDER**

Good cause therefor appearing, Defendant's motion to sever and transfer venue to the Northern District of Texas is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)

1

2   DATED: January 19, 2011       _____
                                  JEREMY FOGEL
3                                 United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)