\*\*E-Filed 3/14/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF (PSG) |
| Plaintiff, | JUDGMENT |
| v. | |
| AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

The Court having granted Defendant Oatey Company's motion to dismiss with prejudice, Judgment is hereby entered for Defendant Oatey Company and against Plaintiff San Francisco Technology.

DATED: March 14, 2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-02994 JF (PSG)
JUDGMENT
(JFLC1)