```
RALPH A. ZAPPALA (SBN 102052)
Email:  zappala@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 362-2580
Facsimile:  (415) 434-0882

(*Pro Hac Vice*)
NICHOLAS B. CLIFFORD, JR.
Email: nclifford@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
```

*Attorneys for Defendant MeadWestvaco Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Aero Products International, Inc., et al.,<br><br>Defendants. | Case No. 5:10-cv-02994-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY OR EXTENSION OF TIME TO RESPOND TO DISCOVERY**<br><br>Date:       August 5, 2011<br>Time:      9:00 am<br>Judge:     Hon. Judge Jeremy Fogel<br>Courtroom: Courtroom 3, 5th Floor |

The parties stipulate and request that the Court enter an order as follows:

1. The parties have reached a settlement which would result in the dismissal of this case and avoid the need for motion practice. The parties request a continuance of the motion hearing to allow time for a formal agreement to be executed.

2. Defendant MeadWestvaco Corporation filed a motion to Stay Discovery or Extension of Time to Respond to Discovery (Docket No. 443) on June 8, 2011 which remains pending. The Court is currently scheduled to hear that motion on Friday, August 5, 2011 at 9:00 a.m.

3. The parties request that the Court continue the motion hearing to allow time for the parties to execute a formal written agreement and dismiss this case. The parties request that the Court continue the motion to its next available hearing date, but in no event before Friday, September 30, 2011.

In accordance with General Order 45.X.B, Ralph A. Zappala, counsel for Defendant MeadWestvaco Corporation attests that each other signatory listed below has concurred in this filing.

Respectfully submitted,

DATED: August 3, 2011            MOUNT, SPELMAN & FINGERMAN, P.C.


By:  /S/
    Benjamin R. Lemke
    Attorney for Plaintiff San Francisco Technology, Inc.


DATED: August 3, 2011            LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /S/
    Ralph A. Zappala
    Attorney for Defendant MeadWestvaco Corporation

4811-1899-8282.1                        1
                                                                    5:10-cv-02994-JF
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO STAY DISCOVERY OR
              EXTENSION OF TIME TO RESPOND TO DISCOVERY

| | |
|---|---|
| DATED: August 3, 2011 | ARMSTRONG TEASDALE LLP |

By: /S/
Nicholas B. Clifford, Jr.
Attorney for Defendant MeadWestvaco Corporation

**IT IS SO ORDERED:**

Dated: August 4, 2011

_____
Hon. Jeremy Fogel, U.S. District Judge